**Jerry D. FREELON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 37148.**

Missouri Court of Appeals,
Western District.

Jan. 14, 1986.

David B. Rogers, Columbia, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SOMERVILLE, P.J., and PRITCHARD and BERREY, JJ.

## ORDER

PER CURIAM:

Appeal from the denial of Rule 27.26 motion to dismiss or vacate sentence.

Judgment affirmed. Rule 84.16(b).